IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EXIDE-ILLINOIS,<br><br>  Defendant. | No. 01-CR-30035-01-DRH |

**ORDER**

This matter coming before the court on the parties' joint motion, it is hereby ordered that the Joint Motion by the Government and Defendant Exide Illinois to Set a Schedule on Government's Motion for Hearing and for Rule to Show Cause Filed November 18, 2005 (Doc. 55) is granted.

Therefore, on or before January 26, 2005, either (1) the parties shall file an agreed Recommendation to the Court for resolving the Government's Motion filed November 18, 2005; or, if the parties fail to reach any agreed Recommendation to the Court, (2) Exide Illinois shall file its response to the Government's Motion. In the event Exide Illinois files a response to the Government's motion, the Government's reply is due on or before February 8, 2006.

Dated: December 13, 2005

/s/          David RHerndon
UNITED STATES DISTRICT JUDGE